IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **In the Matter of the Search of** ) | Docket No. 1:22-mj-6-4 | |
| ) | | |
| 2862 Fox Mountain Road, Columbus, ) | ***UNDER SEAL*** | |
| North Carolina, including additional ) | | |
| structures located on or within the curtilage ) | | |
| and any vehicles present ) | | |

### ORDER SEALING SEARCH WARRANT APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to AUSA don.gast@usdoj.gov) who shall forward a copy to co-counsel at the Department of Justice's Environmental Crimes Section.

SO ORDERED this 26th day of January 2022.

Signed: January 26, 2022

W. Carleton Metcalf
United States Magistrate Judge